AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Cedric Reynolds,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-136, CR412-239,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/10/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.

6/10/15
*Date*



GAS Rev 10/1/03