IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC REYNOLDS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV414-136
CR411-239

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability (Doc. 10) and Motion for Leave to Appeal In Forma Pauperis (Doc. 13). Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds that Petitioner cannot meet the above standard. Accordingly, the motion (Doc. 10) is **DENIED**. Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 13) is **DISMISSED AS MOOT**.

SO ORDERED this 28th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA