IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC REYNOLDS,                )
                                )
    Petitioner,                 )
                                )
v.                              )   CASE NOS. CV416-194
                                )             CV414-136
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )
                                )

**O R D E R**

Before the Court is Petitioner's Motion for Reconsideration.[1] (Doc. 39.) In his motion, Petitioner requests that the Court reconsider its dismissal of Petitioner's Motion to Vacate Judgment. (Id. at 1.) After careful consideration of the record in this case, the Court sees no reason to overturn its prior ruling. Accordingly, Petitioner's motion (Doc. 39) is **DENIED**.

SO ORDERED this 11th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV416-194.